ETHEL W. JENKINS, *Appellant,* v. HUGH E. FOUNTAIN, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-03810-8, Carol A. Fuller, J., entered

November 15, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J.